THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-M-2051

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v | ) | **ORDER** |
| | ) | |
| CATHERINE R. DESSAUER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This Cause comes before the Court upon the Government's motion to dismiss the above captioned matter. (DE-15). The motion is GRANTED and this matter is HEREBY DISMISSED.

SO ORDERED in Chambers at Raleigh, North Carolina on Thursday, June 06, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE